Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **The Scoopie LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Imblowingup LLC** |

**3. Debtor's federal Employer Identification Number (EIN)**    _4_ _6_ – _1_ _1_ _2_ _2_ _3_ _2_ _9_

**4. Debtor's address**

**Principal place of business**

**16969 Scenic Knoll**
Number    Street

**Conroe, TX 77385**
City                          State    ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

Number       Street

City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                          State    ZIP Code

**5. Debtor's website (URL)**    **www.thescoopie.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **The Scoopie LLC**
_____   Case number *(if known)* _____
          Name

| | |
|---|---|

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

   District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

   District _____ When _____
                                   MM / DD / YYYY

   Case number, if known _____

Debtor  **The Scoopie LLC**
_____   Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>      _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?**  _____<br>                    Number       Street<br>                    _____<br>                    _____<br>                    City                        State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency  _____<br>         Contact name   _____<br>         Phone       _____ |

<br>

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    __The Scoopie LLC_____    Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __05/28/2025_____
          MM/ DD/ YYYY

**X** __/s/ Jarred Allen_____    _____Jarred Allen_____
   Signature of authorized representative of debtor    Printed name

   Title    _____CEO_____

**18. Signature of attorney**

**X** _____/s/ Julie M. Koenig_____    Date __05/28/2025_____
   Signature of attorney for debtor              MM/ DD/ YYYY

   **Julie M. Koenig**_____
   Printed name

   **Cooper & Scully, PC**_____
   Firm name

   **26310 Oak Ridge Drive 34**_____
   Number     Street

   **Spring**_____    **TX**_____    **77380**_____
   City    State    ZIP Code

   _____    **Julie.Koenig@cooperscully.com**_____
   Contact phone    Email address

   **14217300**_____    **TX**_____
   Bar number    State

Fill in this information to identify the case:

Debtor Name **The Scoopie LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Capital One Bank** | **Checking account** | **3 0 3 0** | **$28,876.81** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | **$28,876.81** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor    **The Scoopie LLC**                                    Case number *(if known)* _____
          Name

7.2  _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1  _____    _____

      8.2  _____    _____

9.    **Total of Part 2**

      Add lines 7 through 8. Copy the total to line 81.    _____

| Part 3: | Accounts receivable |
|---------|---------------------|

10.   **Does the debtor have any accounts receivable?**

      ☐ No. Go to Part 4.

      ☑ Yes. Fill in the information below.

                                                                        **Current value of debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:  **$875,074.17**   -   **$594,675.09**   =....➡    **$265,399.08**
                                 face amount            doubtful or uncollectible accounts

      11b. Over 90 days old:     **$59,777.70**    -   **unknown**       =....➡    **$59,777.40**
                                 face amount            doubtful or uncollectible accounts

12.   **Total of Part 3**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.       **$325,176.48**

| Part 4: | Investments |
|---------|-------------|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                          **Valuation method used for current value** | **Current value of debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1  _____    _____    _____

      14.2  _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                          % of ownership:

      15.1. _____    _____    _____    _____

      15.2. _____    _____    _____    _____

Debtor **The Scoopie LLC**
Name

Case number *(if known)* _____

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____    _____    _____

   16.2 _____    _____    _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.

   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Retail Product | 05/06/2025 MM / DD / YYYY | unknown | Current Presale | $684,604.00 |
| **22. Other inventory or supplies** | | | | |
| Molds | MM / DD / YYYY | unknown | | $173,000.00 |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   | $857,604.00 |

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **The Scoopie LLC**                                          Case number *(if known)* _____
          Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                          _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **The Scoopie LLC**                              Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Pallet Scale** | **unknown** | | **$740.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **2 Printers** | **unknown** | | **$638.00** |
| **2 Computer** | **unknown** | | **$976.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$2,354.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |

Debtor   **The Scoopie LLC**_____     Case number *(if known)* _____
        Name

| | | | | |
|---|---|---|---|---|
| 47.4 _____ | _____ | _____ | _____ | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.

_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

Debtor     **The Scoopie LLC**                                    Case number *(if known)* _____
              Name

---

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

|  |
|---|
|  |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Patent & Trademark | unknown | Income & Cost Approach | $1,125,000.00 |
| 61. **Internet domain names and websites** | | | |
| www.thescoopie.com | unknown | | unknown |
| www.thescoopiedirect.com | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer Lists | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $1,125,000.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property

Debtor    **The Scoopie LLC**                                          Case number *(if known)* _____
           Name

---

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

71.  **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  =➡  _____
                            Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73.  **Interests in insurance policies or annuities**

**The Hartford**                                                              **unknown**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Settlement Agreement with White Mountain, LLC & Champion Foods, Inc.**       **$265,399.08**

**Nature of claim**    **Potential Breach of Agreement**

**Amount requested**    **$265,399.08**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                      _____

**Nature of claim**    _____

**Amount requested**    _____

76.  **Trusts, equitable or future interests in property**

_____                                      _____

| Debtor | **The Scoopie LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____     _____

_____     _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.          **$265,399.08**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $28,876.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $325,176.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $857,604.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,354.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,125,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $265,399.08 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $2,604,410.37 | + 91b. _____ |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** ................................................     **$2,604,410.37**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>The Scoopie LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern    District of    Texas<br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**

SBA Disaster Loan Servicing

**Creditor's mailing address**

1545 Hawkins Blvd, Suite 202

El Paso, TX 79925

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   7   8   0   5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

Accounts receivable over 90 days, 2 Computer, Accounts receivable under 90 days, 2 Printers, Capital One Bank, Pallet Scale, Patent & Trademark, Retail Product

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$32,209.34**    Column B: **$2,166,011.29**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$32,209.34**

Fill in this information to identify the case:

Debtor name            **The Scoopie LLC**

United States Bankruptcy Court for the:

           **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

     ☑ No. Go to Part 2.

     ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| **2.2** | **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

Debtor  **The Scoopie LLC**                                    Case number *(if known)* _____
    Name

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Capital One Bank**

**1680 Capital One Drive**

**Mc Lean, VA 22102**

Date or dates debt was incurred _____

Last 4 digits of account number  **8  2  4  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$48,113.20**

---

**3.2** Nonpriority creditor's name and mailing address

**Capital One Bank**

**1680 Capital One Drive**

**Mc Lean, VA 22102**

Date or dates debt was incurred _____

Last 4 digits of account number  **3  1  1  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,684.54**

---

**3.3** Nonpriority creditor's name and mailing address

**CHTD Company**

**PO Box 2576**

**Springfield, IL 62708**

Date or dates debt was incurred _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Nevada Imports**

**225 Cedar Hill Street 200**

**Marlborough, MA 01752**

Date or dates debt was incurred _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,222,088.00**

Debtor   **The Scoopie LLC**
Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

**3.5**   Nonpriority creditor's name and mailing address

**Pay Pal Credit**

**2211 N. 1st St**

**San Jose, CA 95131**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$1.00

---

**3.6**   Nonpriority creditor's name and mailing address

**Perfect Health LLC**

**220 Davison Ave 100**

**Somerset, NJ 08873**

Date or dates debt was incurred   _____

Last 4 digits of account number   __0_ _2_ _6_ _1_

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

$400,995.50

---

**3.7**   Nonpriority creditor's name and mailing address

**Swift Capital**

**2211 N. 1st St**

**San Jose, CA 95131**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1.00

---

Debtor __The Scoopie LLC_____     Case number *(if known)* _____
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **James Carroll**<br>**1801 N Lamar St 450**<br>**Dallas, TX 75202** | Line **3.6**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Leviton Law Firm**<br>**c/o Coface Services North America Inc**<br>**One Pierce Place 725W**<br>**Itasca, IL 60143** | Line **3.6**<br>☐ Not listed. Explain _____ | **5 1 2 2** |
| 4.3 **Pierson Ferdinand LLP**<br>**William Akins, Esq.**<br>**10501 Crow Wing Cove**<br>**Austin, TX 78730** | Line **3.4**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   **The Scoopie LLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $2,684,884.24 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,684,884.24 |

| Fill in this information to identify the case: |
|---|

| Debtor name | **The Scoopie LLC** |
|---|---|

United States Bankruptcy Court for the: **Southern**   District of **Texas**

(State)

Case number (If known): _____   Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse- Month to Month** | **JB Properties** |
| | | **Contract to be ASSUMED** | **11687 Hwy 105 East** |
| | State the term remaining | **0 months** | **Conroe, TX 77306** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

Debtor name      **The Scoopie LLC**

United States Bankruptcy Court for the: _____**Southern**_____  District of ____**Texas**____
                                                                                                 (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor   **The Scoopie LLC**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case:**

Debtor name _____**The Scoopie LLC**_____

United States Bankruptcy Court for the:
_____**Southern District of Texas**_____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    12/15

| **Part 1:** | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

  **1a. Real Property:**
    Copy line 88 from *Schedule A/B*.................................................................   **$0.00**

  **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................   **$2,604,410.37**

  **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................   **$2,604,410.37**

| **Part 2:** | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   **$32,209.34**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................   **$0.00**

  **3b. Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................   **+ $2,684,884.24**

**4. Total liabilities**.................................................................................................   **$2,717,093.58**
  Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      __The Scoopie LLC__

United States Bankruptcy Court for the:

__Southern District of Texas__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$141,216.73** |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$270,671.00** |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$674,914.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | **The Scoopie LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **JB Properties**<br>Creditor's name<br><br>**11687 Hwy 105 East**<br>Street<br><br><br>**Conroe, TX 77306**<br>City            State       ZIP Code | **5/13/2025**<br><br>**4/7/2025**<br><br>**3/11/2025** | **$8,100.00** | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other **Warehouse** |
| 3.2. **Capital One Bank**<br>Creditor's name<br><br>**1680 Capital One Drive**<br>Street<br><br><br>**Mc Lean, VA 22102**<br>City            State       ZIP Code | **4/2025**<br><br>**5/31/2025**<br><br>**5/5/25** | **$13,684.54** | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other **Credit Card** |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br><br>_____<br>City            State       ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |

Debtor __The Scoopie LLC__                         Case number *(if known)* _____
   Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name _____ Street _____ City State ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ City State ZIP Code | XXXX– __ __ __ | _____ | _____ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| __Nevada Imports LLC v. The Scoopie LLC__ <br> Case number <br> __24-01-01249__ | __Contract__ | __457th District Court__ Name <br> __301 North Main 200__ Street <br> __Conroe, TX 77301__ City State ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. __Perfect Health LLC vs. The Scoopie LLC__ <br> Case number <br> __DC-25-01633__ | __Complaint__ | __191st Civil District Court__ Name <br> __600 Commerce IV-D Court 3rd Fl__ Street <br> __Court George Allen SR Building__ <br> __Dallas, TX 75202__ City State ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor  **The Scoopie LLC**
            Name

Case number *(if known)* _____

**7.3.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **The Scoopie LLC vs. White Mountain, LLC & Champion Foods, Inc.** | **Breach of Contract** | **Montgomery County court**<br>Name | ☑ Pending |
| | | | ☐ On appeal |
| | | **301 N. Main Stree 103**<br>Street | ☐ Concluded |
| **Case number** | | | |
| **24-07-11702** | | **Conroe, TX 77301**<br>City          State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| Street | | Name |
| | **Case number** | Street |
| City          State   ZIP Code | | |
| | **Date of order or assignment** | City          State   ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City          State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Debtor  **The Scoopie LLC**  _____  Case number _(if known)_ _____
      Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (_Schedule A/B: Assets – Real and Personal Property_). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.    _____    _____    _____    _____

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Cooper & Scully, PC** | **Court Filing Fee** | **05/06/2025** | **$1,738.00** |
| | **Attorney's Fee** | **05/08/2025** | **$20,000.00** |
| **Address** | | | |
| **26310 Oak Ridge Drive 34** | | | |
| Street | | | |
| | | | |
| **Spring, TX 77380** | | | |
| City      State    ZIP Code | | | |
| **Email or website address** | | | |
| **www.cooperscully.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

Debtor  **The Scoopie LLC**
Name                                                                          Case number *(if known)*

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address | |
|---|---|
| | |
| Street | |
| | |
| City | State | ZIP Code |

| Relationship to debtor |
|---|
| |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| Street | | |
| | | |
| City | State | ZIP Code |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  **The Scoopie LLC** _____          Case number *(if known)* _____
              Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
        Facility name

_____          Location where patient records are maintained(if different from facility address). If electronic, identify any service provider.          **How are records kept?**
        Street

_____          _____          *Check all that apply:*
City          State    ZIP Code          _____          ☐ Electronically
                                                                          ☐ Paper

---

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

         Does the debtor have a privacy policy about that information?

         ☐ No

         ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

         ☐ No. Go to Part 10.

         ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____          EIN: $\_ \_ - \_ \_ \_ \_ \_ \_ \_$

         Has the plan been terminated?

         ☐ No

         ☐ Yes

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____
Name

_____
Street

_____
City          State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other
_____ | _____ | _____ |

Debtor   **The Scoopie LLC**
          Name                                                              Case number *(if known)*

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State      ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **JB Properties- Warehouse** | | ~~Total Inventory~~ | ☐ No |
| | Name | | | ☑ Yes |
| | **11687 Hwy 105 East** | | | |
| | Street | Address | | |
| | **Conroe, TX 77306** | | | |
| | City          State      ZIP Code | | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State      ZIP Code | | | |

---

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   **The Scoopie LLC**                                                    Case number *(if known)* _____
         Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City     State   ZIP Code | City          State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City     State   ZIP Code | City          State    ZIP Code | _____ | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **The Scoopie LLC**                                    Case number *(if known)* _____
      Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____    To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jarred Allen**<br>Name<br><br>**16969 Scenic Knoll**<br>Street<br><br>_____<br><br>**Conroe, TX 77385**<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor __The Scoopie LLC__                                    Case number *(if known)* _____
         Name

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City                    State              ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jarred Allen | 5/6/2025 | $684,604.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1. __Jarred Allen__
       Name

__16969 Scenic Knoll__
Street

__77385__
City                    State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jarred Allen | 16969 Scenic Knoll Conroe, TX 77385 | CEO, | 63.00% |
| Bradley Maxey | 16969 Scnenic Knoll Conroe, TX 77385 | Member, | 15.50% |
| Jeff Allen | 16969 Scenic Knoll Conroe, TX 77385 | Member, | 14.50% |
| Tim Adlers | 2204 Harwood Drive Bedford, TX 76021 | Member, | 5.00% |
| Tiffany Upshaw | 145 Napalva Place Saint Johns, FL 32259 | Member, | 2.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Richard Simonds | | Member, | From 2012<br>To 2023 |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    **The Scoopie LLC**         Case number *(if known)* _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____

Name

_____

Street

_____

City            State     ZIP Code

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/28/2025**
         MM/ DD/ YYYY

**X** **/s/ Jarred Allen**            Printed name            **Jarred Allen**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

```
Fill in this information to identify the case:

Debtor name                    The Scoopie LLC

United States Bankruptcy Court for the:
                        Southern District of Texas

Case number (if known):
```

☐ Check if this is an
    amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nevada Imports 225 Cedar Hill Street 200 Marlborough, MA 01752 | | Lawsuit | Contingent Disputed Unliquidated | | | $2,222,088.00 |
| 2 | Perfect Health LLC 220 Davison Ave 100 Somerset, NJ 08873 | | Lawsuit | Contingent Disputed Unliquidated | | | $400,995.50 |
| 3 | Capital One Bank 1680 Capital One Drive Mc Lean, VA 22102 | | Credit Card | | | | $48,113.20 |
| 4 | Capital One Bank 1680 Capital One Drive Mc Lean, VA 22102 | | Credit Card | | | | $13,684.54 |
| 5 | CHTD Company PO Box 2576 Springfield, IL 62708 | | Business Debt | Contingent Disputed Unliquidated | | | $1.00 |
| 6 | Pay Pal Credit 2211 N. 1st St San Jose, CA 95131 | | Credit Card | Contingent Disputed Unliquidated | | | $1.00 |
| 7 | Swift Capital 2211 N. 1st St San Jose, CA 95131 | | Business Debt | Contingent Disputed Unliquidated | | | $1.00 |
| 8 | | | | | | | |

Debtor   **The Scoopie LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**      The Scoopie LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................. **$41,738.00**

Prior to the filing of this statement I have received ................................................................. **$21,738.00**

Balance Due ................................................................................................................................ **$20,000.00**

2.      The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.      ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/28/2025** | **/s/ Julie M. Koenig** |
| *Date* | Julie M. Koenig |
| | *Signature of Attorney* |

Bar Number: 14217300
Cooper & Scully, PC
26310 Oak Ridge Drive 34
Spring, TX 77380
Phone: (713) 236-6825

**Cooper & Scully, PC**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **The Scoopie LLC**                                      CASE NO

                                                               CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  __**05/28/2025**__        Signature  _____**/s/ Jarred Allen**_____
                                                          Jarred Allen, CEO

Attorney General
Department of Justice
10th and Constitution Ave N.W. Rm. 400
Washington, DC 20530

Attorney General
Tax Div- Bankruptcy
PO Box 12548
Austin, TX 78711

Capital One Bank
1680 Capital One Drive
Mc Lean, VA 22102

CHTD Company
PO Box 2576
Springfield, IL 62708

Harris County
c/o John Dillman
PO Box3064
Houston, TX 77253-3064

HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX 77253-3064

Internal Revenue Service
1919 Smith St. Stop 5024 HOU
Houston, TX 77002

Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030

Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


IRS
PO Box 149047
Austin, TX 78714


IRS
8701 S. Gessner
Houston, TX 77074


IRS
1000 Lousiana 2300
Houston, TX 77002


James Carroll, III
1801 N Lamar St 450
Dallas, TX 75202


Leviton Law Firm
c/o Coface Services North America Inc
One Pierce Place 725W
Itasca, IL 60143


Nevada Imports
225 Cedar Hill Street 200
Marlborough, MA 01752


Pay Pal Credit
2211 N. 1st St
San Jose, CA 95131

Perfect Health LLC
220 Davison Ave 100
Somerset, NJ 08873


Pierson Ferdinand LLP
William Akins, Esq.
10501 Crow Wing Cove
Austin, TX 78730


SBA Disaster Loan Servicing
1545 Hawkins Blvd, Suite 202
El Paso, TX 79925


SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


Swift Capital
2211 N. 1st St
San Jose, CA 95131


TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100


Texas Workforce Commission
PO Box 149037
Austin, TX 78714-9037


United States Trustee
515 Rusk Avenue 3516
Houston, TX 77002

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                                    CHAPTER  **11**
**The Scoopie LLC**

DEBTOR(S)                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Jarred Allen** 16969 Scenic Knoll, Conroe, TX 77385 | | 63.00 | CEO |
| **Bradley Maxey** | | 15.50 | Member |
| **Jeff Allen** | | 14.50 | Member |
| **Tim Alders** 2204 Harwood Rd, Bedford, TX 76021 | | 5.00 | Member |
| **Tiffany Upshaw** 145 Napalva Place, St. Johns, FL 32259 | | 2.00 | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CEO**_____ of the _____**Partnership**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/28/2025**_____          Signature: **/s/ Jarred Allen**_____
                                                              *Jarred Allen, CEO*

| Fill in this information to identify the case: |
|---|
| Debtor name **The Scoopie LLC** |
| United States Bankruptcy Court for the: **Southern District of Texas** |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/28/2025__          **X** __/s/ Jarred Allen__
         MM/ DD/ YYYY              Signature of individual signing on behalf of debtor

                                  **Jarred Allen**
                                  Printed name

                                  **CEO**
                                  Position or relationship to debtor